ACCEPTED
03-15-00113-CV
4326234
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/2/2015 10:01:12 AM
JEFFREY D. KYLE
CLERK

No. 03-15-00113-CV

# In the Court of Appeals
# for the Third Judicial District
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/2/2015 10:01:12 AM
JEFFREY D. KYLE
Clerk

EMC CORPORATION,
*Appellant,*

v.

GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS, AND KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS, *Appellees.*

On Appeal from the 353rd Judicial District Court, Travis County, Texas

## NOTICE OF DESIGNATION OF NEW LEAD COUNSEL FOR APPELLEES

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 6.1(c), Appellees Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas, give notice that Assistant Solicitor General Rance Craft of the Office of the Attorney General will serve as lead counsel for Appellees in this appeal.

Please send all communications regarding this appeal to:

> Rance Craft
> Assistant Solicitor General
> OFFICE OF THE ATTORNEY GENERAL
> P.O. Box 12548 (MC 059)
> Austin, Texas 78711-2548
> (512) 936-2872
> (512) 474-2697 [fax]
> rance.craft@texasattorneygeneral.gov

Assistant Attorney General Charles K. Eldred will continue to serve as co-counsel for Appellees.

Respectfully submitted.

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | SCOTT A. KELLER<br>Solicitor General |
| CHARLES E. ROY<br>First Assistant Attorney<br>   General | /s/ Rance Craft<br>RANCE CRAFT<br>Assistant Solicitor General<br>State Bar No. 24035655 |
| JAMES E. DAVIS<br>Deputy Attorney General for<br>   Civil Litigation | /s/ Charles K. Eldred<br>CHARLES K. ELDRED<br>Assistant Attorney General<br>State Bar No. 00793681 |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC 059)<br>Austin, Texas 78711-2548<br>(512) 936-2872<br>(512) 474-2697 [fax]<br>rance.craft@texasattorneygeneral.gov |

2

## CERTIFICATE OF SERVICE

On March 2, 2015, this **Notice of Designation of New Lead Counsel for**

**Appellees** was served by File & Serve Xpress on:

Doug Sigel
RYAN LAW FIRM, LLP
100 Congress Avenue, Suite 950
Austin, Texas 78701
doug.sigel@ryanlawllp.com

*Lead Counsel for Appellant*
*EMC Corporation*

/s/ Rance Craft
Rance Craft